# EXHIBIT A

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

Philadelphia _____ County



Sansom Street Partners Llc Vs Harleysville-WRSUM

MARCH 2021

21030151600003

001516

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

**SECTION A**

Commencement of Action:
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Notice of Appeal
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

Lead Plaintiff's Name:
Sansom Street Partners, LLC

Lead Defendant's Name:
Harleysville Worcester Insurance Co.

☐ Check here if you are a Self-Represented (Pro Se) Litigant

Name of Plaintiff/Appellant's Attorney: James C. Haggerty, Esquire

Are money damages requested? : ☒ Yes ☐ No

Dollar Amount Requested:
(Check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

Is this a **Class Action Suit?** ☐ Yes ☒ No  *Major Non Jury*

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**SECTION B**

**TORT** (do not include Mass Tort)
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability (does not include mass tort)
- ☐ Slander/Libel/ Defamation
- ☐ Other: _____

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other: _____

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional: _____

**CONTRACT** (do not include Judgments)
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other _____
- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other
- ☒ Other: insurance

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure
- ☐ Partition
- ☐ Quiet Title
- ☐ Other: _____

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Zoning Board
- ☐ Statutory Appeal: Other

Judicial Appeals
- ☐ MDJ - Landlord/Tenant
- ☐ MDJ - Money Judgment
- ☐ Other: _____

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin
- ☐ Other: _____

## NOTICE

**Pennsylvania Rule of Civil Procedure 205.5. (Cover Sheet) provides, in part:**

**Rule 205.5.    Cover Sheet**

(a)(1)    This rule shall apply to all actions governed by the rules of civil procedure except the following:

(i)    actions pursuant to the Protection from Abuse Act, Rules 1901 et seq.

(ii)    actions for support, Rules 1910.1 et seq.

(iii)    actions for custody, partial custody and visitation of minor children, Rules 1915.1 et seq.

(iv)    actions for divorce or annulment of marriage, Rules 1920.1 et seq.

(v)    actions in domestic relations generally, including paternity actions, Rules 1930.1 et seq.

(vi)    voluntary mediation in custody actions, Rules 1940.1 et seq.

(2)    At the commencement of any action, the party initiating the action shall complete the cover sheet set forth in subdivision (e) and file it with the prothonotary.

(b)    The prothonotary shall not accept a filing commencing an action without a completed cover sheet.

(c)    The prothonotary shall assist a party appearing pro se in the completion of the form.

(d)    A judicial district which has implemented an electronic filing system pursuant to Rule 205.4 and has promulgated those procedures pursuant to Rule 239.9 shall be exempt from the provisions of this rule.

(e)    The Court Administrator of Pennsylvania, in conjunction with the Civil Procedural Rules Committee, shall design and publish the cover sheet.  The latest version of the form shall be published on the website of the Administrative Office of Pennsylvania Courts at www.pacourts.us.

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Sansom Street Partners, LLC
_____
1516 Sansom Street
_____
Philadelphia, PA  19102-2811
_____
(See attached sheet)
_____

Plaintiff(s) Name(s) & Address(es)

VS

Harleysville Worcester Insurance
_____
Company
_____
120 Front Street, Suite 400
_____
Worcester, MA  01608 (See attached
_____

Defendant(s) Name(s) & Address(es)

**COURT OF COMMON PLEAS**
Trial Division

**MARCH 2021**

_____ TERM, 20 21

**001516**

NO._____

## PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue a Writ of Summons in the above captioned civil action.

Date: 3/16/21
_____

_____
_Signature of Attorney or Plaintiff(s)_

James C. Haggerty, Esquire
_____
Print Name

1835 Market Street, 27th Floor
_____
Address

Philadelphia, PA  19103
_____

267-350-6609
_____
Phone Number

Sansom Street Partners, LLC
1516 Sansom Street
Philadelphia, PA  19102-2811

AND

Mission Taqueria
1516 Sansom Street
Philadelphia, PA  19102-2811

AND

Sams Oyster House, LLC
1516 Sansom Street
Philadelphia, PA  19102-2811

v.

Harleysville Worcester Insurance Company
120 Front Street, Suite 400
Worcester, MA  01608

AND

Harleysville Preferred Insurance Company
355 Maple Avenue
Harleysville, PA 19438

AND

Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH  43215-2220


AND


Nationwide Property & Casualty Insurance Company
One Nationwide Plaza
Columbus, OH  43215-2220

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Sansom Street Partners, LLC (see attached)

*Plaintiff*

vs.

Harleysville Worcester Insurance Company

*Defendant*

⋮

⋮

⋮

⋮

⋮

⋮

COURT OF COMMON PLEAS

~~MARCH 2021~~ MARCH 2021

001516

No._____

To[1]

Harleysville Worcester Insurance Compan

120 Front Street, Suite 400

Worcester, MA 01608

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Sansom Street Partners, LLC, Mission Taqueria and Sams Oyster House, LLC

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By_____

Date: 3/15/21

10-208 (Rev. 6/14

---

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Sansom Street Partners, LLC
1516 Sansom Street
Philadelphia, PA  19102-2811

AND

Mission Taqueria
1516 Sansom Street
Philadelphia, PA  19102-2811

AND

Sams Oyster House, LLC
1516 Sansom Street
Philadelphia, PA  19102-2811

                              v.

Harleysville Worcester Insurance Company
120 Front Street, Suite 400
Worcester, MA  01608

AND

Harleysville Preferred Insurance Company
355 Maple Avenue
Harleysville, PA 19438

AND

Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH  43215-2220

AND

Nationwide Property & Casualty Insurance Company
One Nationwide Plaza
Columbus, OH  43215-2220

## Court of Common Pleas

_____ Term, 20 21

No. _____

Sansom Street Partners, LLC (see attached)

_Plaintiff_

vs.

Harleysville Worcester Insurance Company

_Defendant_

# SUMMONS

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
PENNSYLVANIA

SANSOM STREET PARTNERS, LLC    :
AND    :
MISSION TAQUERIA    :
AND    :
SAMS OYSTER HOUSE, LLC    :
    :  MARCH TERM, 2021
    v.    :
    :  No. 001516
HARLEYSVILLE WORCESTER INSURANCE  :
COMPANY AND HARLEYSVILLE    :
PREFERRED INSURANCE COMPANY AND  :
NATIONWIDE MUTUAL INSURANCE    :
COMPANY AND NATIONWIDE PROPERTY  :
& CASUALTY INSURANCE COMPANY    :

**CERTIFICATE OF SERVICE OF LEGAL PAPERS**
**PURSUANT TO PA R.C.P. 403**

I, James C. Haggerty, Esquire, Attorney for Plaintiff, certify that a copy of the Writ filed on March 16, 2021 was sent to Nationwide Mutual Insurance Company at One Nationwide Plaza, Columbus, OH  43215-2220 by Certified Mail, Return Receipt Requested on March 17, 2021. The Writ was received by the defendant on March 22, 2021. A true and correct copy of the letter to Nationwide Mutual Insurance Company and a copy of the USPS confirmation and the Certified Mail Return Receipt, Article No.: 7018 1830 0001 6524 9946 are attached hereto as Exhibit "A".

HAGGERTY, GOLDBERG, SCHLEIFER
& KUPERSMITH, P.C.

DATE: 3/23/21      BY:   /s/ James C. Haggerty

James C. Haggerty, Esquire
1835 Market Street, Suite 2700
Philadelphia, PA 19103
Attorney for Plaintiff

Filed and Attested by the
Office of Judicial Records
23 MAR 2021 12:21 pm
M. RUSSO

EXHIBIT A

Case ID: 210301516

**James C. Haggerty**
*Attorney at Law*
Haggerty, Goldberg, Schleifer &
Kupersmith, P.C.
1835 Market Street
Suite 2700
Philadelphia, PA 19103

phone:   267-350-6609
fax:  email:   215-665-8201
web:           jhaggerty@hgsklawyers.com
               www.hgsklawyers.com

March 17, 2021

Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH  43215-2220

    RE:   <u>Sansom Street Partners, LLC v. Harleysville, et al.</u>

Dear Sir or Madam:

    Enclosed please find a Writ of Summons relative to the above matter.  This Complaint has been filed in the Court of Common Pleas of Philadelphia County.  Kindly note that you may wish to secure counsel in accordance with the Pennsylvania Rules of Civil Procedure.

    Service of the Writ is being made by Certified Mail, Return Receipt Requested, pursuant to the Pennsylvania Rules of Civil Procedure and the International Interstate and Service of Process Act, 42 Pa.C.S.A. § 5321.  This service is in compliance with Pennsylvania law.

    Very truly yours,

    HAGGERTY, GOLDBERG,
    SCHLEIFER & KUPERSMITH, P.C.

    James C. Haggerty

RETURN RECEIPT REQUESTED



<span style="color:red">Case ID: 210301516</span>

# USPS Tracking®

Tracking FAQs

## Track Another Package+

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

Remove
**Tracking Number:** 70181830000165249946

Your item was picked up at a postal facility at 6:51 am on March 22, 2021 in COLUMBUS, OH 43215.

**Status**

## Delivered

March 22, 2021 at 6:51 am
Delivered, Individual Picked Up at Postal Facility
COLUMBUS, OH 43215
**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**March 22, 2021, 6:51 am**
Delivered, Individual Picked Up at Postal Facility
COLUMBUS, OH 43215
Your item was picked up at a postal facility at 6:51 am on March 22, 2021 in COLUMBUS, OH 43215.

**March 21, 2021**
In Transit to Next Facility

Case ID: 210301516

**March 19, 2021, 11:39 pm**
Departed USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

---

**March 19, 2021, 10:02 am**
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

---

**March 17, 2021, 11:38 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

---

**Product Information**

**See Less**

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
PENNSYLVANIA

Filed and Attested by the
Office of Judicial Records
23 MAR 2021 12:21 pm
M. RUSSO

| | |
|---|---|
| SANSOM STREET PARTNERS, LLC | : |
| AND | : |
| MISSION TAQUERIA | : |
| AND | : |
| SAMS OYSTER HOUSE, LLC | : |
| | :   MARCH TERM, 2021 |
| v. | : |
| | : No. 001516 |
| HARLEYSVILLE WORCESTER INSURANCE | : |
| COMPANY AND HARLEYSVILLE | : |
| PREFERRED INSURANCE COMPANY AND | : |
| NATIONWIDE MUTUAL INSURANCE | : |
| COMPANY AND NATIONWIDE PROPERTY | : |
| & CASUALTY INSURANCE COMPANY | : |

## CERTIFICATE OF SERVICE OF LEGAL PAPERS
## PURSUANT TO PA R.C.P. 403

I, James C. Haggerty, Esquire, Attorney for Plaintiff, certify that a copy of the Writ filed on March 16, 2021 was sent to Nationwide Property & Casualty Insurance Company at One Nationwide Plaza, Columbus, OH  43215-2220 by Certified Mail, Return Receipt Requested on March 17, 2021. The Writ was received by the defendant on March 22, 2021. A true and correct copy of the letter to Nationwide Mutual Insurance Company and a copy of the USPS confirmation and the Certified Mail Return Receipt, Article No.: 7018 1830 0001 6524 9953 are attached hereto as Exhibit "A".

HAGGERTY, GOLDBERG, SCHLEIFER
& KUPERSMITH, P.C.

DATE: 3/23/21                        BY:      /s/ James C. Haggerty
                                                       James C. Haggerty, Esquire
                                                       1835 Market Street, Suite 2700
                                                       Philadelphia, PA 19103
                                                       Attorney for Plaintiff

Case ID: 210301516

EXHIBIT A

Case ID: 210301516

**James C. Haggerty**
*Attorney at Law*
Haggerty, Goldberg, Schleifer &
Kupersmith, P.C.
1835 Market Street
Suite 2700
Philadelphia, PA 19103

phone:     267-350-6609
fax:  email:  215-665-8201
web:       jhaggerty@hgsklawyers.com
           www.hgsklawyers.com

March 17, 2021

Nationwide Property & Casualty Insurance Company
One Nationwide Plaza
Columbus, OH  43215-2220

RE:   <u>Sansom Street Partners, LLC v. Harleysville, et al.</u>

Dear Sir or Madam:

Enclosed please find a Writ of Summons relative to the above matter.  This Complaint has been filed in the Court of Common Pleas of Philadelphia County.  Kindly note that you may wish to secure counsel in accordance with the Pennsylvania Rules of Civil Procedure.

Service of the Writ is being made by Certified Mail, Return Receipt Requested, pursuant to the Pennsylvania Rules of Civil Procedure and the International Interstate and Service of Process Act, 42 Pa.C.S.A. § 5321.  This service is in compliance with Pennsylvania law.

Very truly yours,

HAGGERTY, GOLDBERG,
SCHLEIFER & KUPERSMITH, P.C.

James C. Haggerty

Case ID: 210301516

# USPS Tracking®

**Tracking** FAQs

## **Track Another Package** ✚

Track Packages
Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages
**Learn More**

Remove

**Tracking Number:** 70181830000165249953

Your item was picked up at a postal facility at 6:51 am on March 22, 2021 in COLUMBUS, OH 43215.

## Status

## Delivered

March 22, 2021 at 6:51 am
Delivered, Individual Picked Up at Postal Facility
COLUMBUS, OH 43215
**Get Updates**

**Delivered**

**Text & Email Updates**
**Tracking History**
**March 22, 2021, 6:51 am**
Delivered, Individual Picked Up at Postal Facility
COLUMBUS, OH 43215
Your item was picked up at a postal facility at 6:51 am on March 22, 2021 in COLUMBUS, OH 43215.

**March 21, 2021**
In Transit to Next Facility

Case ID: 210301516

**March 19, 2021, 10:45 pm**
Departed USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

---

**March 19, 2021, 10:16 am**
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

---

**March 17, 2021, 11:33 pm**
Departed USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

---

**March 17, 2021, 9:55 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

---

**Product Information**

**See Less**

**SWARTZ CAMPBELL LLC**
**BY:**    William T. Salzer
          Identification No. 42657
One Liberty Place – 38th Floor
1650 Market Street
Philadelphia, PA 19103
Phone:   215-299-4346
Fax:      215-299-4301
wsalzer@swartzcampbell.com

*Filed and Attested by the*
*Office of Judicial Records*
*19 MAR 2021 03:29 pm*
*M. RUSSO*

**Attorneys for Defendants**

| | |
|---|---|
| SANSOM STREET PARTNERS, LLC, MISSION TAQUERIA AND SAMS OYSTER HOUSE, LLC, | COURT OF COMMON PLEAS |
| Plaintiffs, | PHILADELPHIA COUNTY |
| vs. | MARCH TERM, 2021 |
| HARLEYSVILLE WORCESTER INSURANCE COMPANY, HARLEYSVILLE PREFERRED INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY AND NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, | NO.  01516 |
| Defendants. | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance for Defendants, Harleysville Worcester Insurance Company, Harleysville Preferred Insurance Company, Nationwide Mutual Insurance Company and Nationwide Property & Casualty Insurance Company, with regard to the above matter.

SWARTZ CAMPBELL LLC

/s/ William T. Salzer
William T. Salzer
Attorneys for Defendants,
Harleysville Worcester Insurance
Company, Harleysville Preferred
Insurance Company, Nationwide
Mutual Insurance Company and
Nationwide Property & Casualty
Insurance Company

Case ID: 210301516

**SWARTZ CAMPBELL LLC**
**BY:**    William T. Salzer
          Identification No. 42657
One Liberty Place – 38th Floor
1650 Market Street                                    **Attorneys for Defendants**
Philadelphia, PA 19103
Phone:  215-299-4346
Fax:      215-299-4301
wsalzer@swartzcampbell.com

| | |
|---|---|
| SANSOM STREET PARTERS, LLC, MISSION TAQUERIA AND SAMS OYSTER HOUSE, LLC, | COURT OF COMMON PLEAS |
| Plaintiffs, | PHILADELPHIA COUNTY |
| vs. | MARCH TERM, 2021 |
| HARLEYSVILLE WORCESTER INSURANCE COMPANY, HARLEYSVILLE PREFERRED INSURANCE COMPANY, NATIONWIDE MUTUAL INSURANCE COMPANY AND NATIONWIDE PROPERTY & CASUALTY INSURANCE COMPANY, | NO.  01516 |
| Defendants. | |

## CERTIFICATE OF SERVICE

William T. Salzer, Esquire, hereby certifies that a true and correct copy of the attached Entry of Appearance has been served upon all interested parties, listed below, either electronically and/or by United States Mail, first class, postage prepaid on March 19, 2021.

3

Case ID: 210301516

James C. Haggerty, Esquire
Haggerty Goldberg Schleifer & Kupersmith, PC
1835 Market Street, 27th Floor
Philadelphia, PA 19103
*Attorney for Plaintiffs*

SWARTZ CAMPBELL LLC

/s/ William T. Salzer
William T. Salzer
**Attorneys for Defendants,
Harleysville Worcester Insurance
Company, Harleysville Preferred
Insurance Company, Nationwide
Mutual Insurance Company and
Nationwide Property & Casualty
Insurance Company**

4

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
PENNSYLVANIA

Filed and Attested by the
Office of Judicial Records
14 APR 2021 09:43 am
M. RUSSO

SANSOM STREET PARTNERS, LLC          :
AND                                  :
MISSION TAQUERIA                     :
AND                                  :
SAMS OYSTER HOUSE, LLC               :
                                     :   MARCH TERM, 2021
                  v.                 :
                                     :   No. 001516
HARLEYSVILLE WORCESTER INSURANCE     :
COMPANY AND HARLEYSVILLE             :
PREFERRED INSURANCE COMPANY AND      :
NATIONWIDE MUTUAL INSURANCE          :
COMPANY AND NATIONWIDE PROPERTY      :
& CASUALTY INSURANCE COMPANY         :

## PRAECIPE TO REINSTATE

TO THE PROTHONOTARY:

    Kindly reinstate the attached Writ so that service may be made upon the defendants,

Harleysville Worcester Insurance Company and Harleysville Preferred Insurance Company.


                                       HAGGERTY, GOLDBERG, SCHLEIFER
                                       & KUPERSMITH, P.C.

DATE:  4/14/21                    BY:    _/s/ James C. Haggerty_____
                                       James C. Haggerty, Esquire
                                       1835 Market Street, Suite 2700
                                       Philadelphia, PA 19103
                                       Attorney for Plaintiff

1

**CERTIFICATION OF SERVICE**

I, James C. Haggerty, Esquire, hereby certify that a true and correct copy of the Praecipe

to Reinstate has been served via electronic delivery upon the following persons:

William Salzer, Esquire
Swartz Campbell, LLC
1650 Market Street
One Liberty Place
38th Floor
Philadelphia, PA  19103

wsalzer@swartzcampbell.com

HAGGERTY, GOLDBERG, SCHLEIFER
& KUPERSMITH, P.C.

BY:     _/s/ James C. Haggerty_____
        JAMES C. HAGGERTY, ESQUIRE
        PA Attorney I.D. # 30003
        1835 Market Street, Suite 2700
        Philadelphia, PA  19103
        (267) 350-6600
        FAX (215) 665-8197
        Attorney for Plaintiff

DATE:  4/14/21

2

Case ID: 210301516

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
PENNSYLVANIA

*Filed and Attested by the Office of Judicial Records 21 APR 2021 10:13 am A. STAMATO*

| | |
|---|---|
| SANSOM STREET PARTNERS, LLC | : |
| AND | : |
| MISSION TAQUERIA | : |
| AND | : |
| SAMS OYSTER HOUSE, LLC | : |
| | :   MARCH TERM, 2021 |
| v. | : |
| | :   No. 001516 |
| HARLEYSVILLE WORCESTER INSURANCE | : |
| COMPANY AND HARLEYSVILLE | : |
| PREFERRED INSURANCE COMPANY AND | : |
| NATIONWIDE MUTUAL INSURANCE | : |
| COMPANY AND NATIONWIDE PROPERTY | : |
| & CASUALTY INSURANCE COMPANY | : |

## CERTIFICATE OF SERVICE OF LEGAL PAPERS
## PURSUANT TO PA R.C.P. 403

I, James C. Haggerty, Esquire, Attorney for Plaintiff, certify that a copy of the Writ filed on March 16, 2021 and reinstated on April 14, 2021 was sent to Harleysville Worcester Insurance Company c/o Nationwide Property & Casualty Insurance Company at One Nationwide Plaza, Columbus, OH  43215-2220 by Certified Mail, Return Receipt Requested on April 15, 2021. The Writ was received by the defendant on April 20, 2021. A true and correct copy of the letter to Nationwide Mutual Insurance Company and a copy of the USPS confirmation and the Certified Mail Return Receipt, Article No.: 7020 2450 0001 5617 1706 are attached hereto as Exhibit "A".

HAGGERTY, GOLDBERG, SCHLEIFER
& KUPERSMITH, P.C.

DATE: 4/21/21                BY:    _/s/ James C. Haggerty_____
                                          James C. Haggerty, Esquire
                                          1835 Market Street, Suite 2700
                                          Philadelphia, PA 19103
                                          Attorney for Plaintiff

EXHIBIT A

Case ID: 210301516

# USPS Tracking®

**Tracking** FAQs

## Track Another Package +

**Track Packages**
**Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages
**Learn More**

Remove

**Tracking Number:** 70202450000156171706

Your item was picked up at a postal facility at 7:03 am on April 20, 2021 in COLUMBUS, OH 43216.

## Status

## Delivered, Individual Picked Up at Postal Facility

April 20, 2021 at 7:03 am
COLUMBUS, OH 43216

## Get Updates

**Delivered**

**Text & Email Updates**
**Tracking History**

**April 20, 2021, 7:03 am**
Delivered, Individual Picked Up at Postal Facility
COLUMBUS, OH 43216
Your item was picked up at a postal facility at 7:03 am on April 20, 2021 in COLUMBUS, OH 43216.

---

**April 19, 2021**
In Transit to Next Facility

---

**April 18, 2021, 6:30 pm**
Departed USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

---

**April 18, 2021, 4:53 am**
Arrived at USPS Regional Facility
COLUMBUS OH DISTRIBUTION CENTER

---

**April 15, 2021, 10:09 pm**
Arrived at USPS Regional Facility
PHILADELPHIA PA DISTRIBUTION CENTER

---

**Product Information**

## <u>CERTIFICATE OF SERVICE</u>

James C. Haggerty, Esquire, hereby certifies that a copy of the Affidavit of

Service was served on the date noted below via electronic filing, addressed as follows:

William Salzer, Esquire
Swartz Campbell, LLC
1650 Market Street
One Liberty Place
38th Floor
Philadelphia, PA  19103

wsalzer@swartzcampbell.com

HAGGERTY, GOLDBERG,
SCHLEIFER  & KUPERSMITH, P.C.

BY:    /s/ James C. Haggerty
JAMES C. HAGGERTY, Esquire
PA Attorney I.D. # 30003
1835 Market Street, Suite 2700
Philadelphia, PA  19103
(267) 350-6600
FAX (215) 665-8197

Date:  4/21/21                          Attorneys for Plaintiffs

**CERFICATION OF COMPLIANCE**

I, James C. Haggerty, Esquire, certify that this filing complies with the provisions of the Case Records Public Access Policy of the United Judicial System of Pennsylvania that requires filing confidential information and documents differently that non-confidential information and documents.

HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.

BY:    _/s/  James  C.  Haggerty_____
JAMES C. HAGGERTY, Esquire
PA Attorney I.D. # 30003
1835 Market Street, Suite 2700
Philadelphia, PA  19103
(267) 350-6600
FAX (215) 665-8197

Attorneys for Plaintiffs

Date:

Case ID: 210301516

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

Philadelphia _____ County



Sansom Street Partners Llc Vs Harleysville-WRSUM

21030151600003

MARCH 2021

001516

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

### SECTION A

**Commencement of Action:**
- ☐ Complaint
- ☒ Writ of Summons
- ☐ Petition
- ☐ Notice of Appeal
- ☐ Transfer from Another Jurisdiction
- ☐ Declaration of Taking

| Lead Plaintiff's Name: | Lead Defendant's Name: |
|---|---|
| Sansom Street Partners, LLC | Harleysville Worcester Insurance Co. |

☐ **Check here if you are a Self-Represented (Pro Se) Litigant**

Name of Plaintiff/Appellant's Attorney: James C. Haggerty, Esquire

Are money damages requested? : ☒ Yes ☐ No

Dollar Amount Requested: (Check one)
- ☐ within arbitration limits
- ☒ outside arbitration limits

Is this a **Class Action Suit?** ☐ Yes ☒ No

*Major Non Jury*

### SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** (do not include Mass Tort)
- ☐ Intentional
- ☐ Malicious Prosecution
- ☐ Motor Vehicle
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability (does not include mass tort)
- ☐ Slander/Libel/ Defamation
- ☐ Other:

**MASS TORT**
- ☐ Asbestos
- ☐ Tobacco
- ☐ Toxic Tort - DES
- ☐ Toxic Tort - Implant
- ☐ Toxic Waste
- ☐ Other:

**PROFESSIONAL LIABLITY**
- ☐ Dental
- ☐ Legal
- ☐ Medical
- ☐ Other Professional:

**CONTRACT** (do not include Judgments)
- ☐ Buyer Plaintiff
- ☐ Debt Collection: Credit Card
- ☐ Debt Collection: Other

- ☐ Employment Dispute: Discrimination
- ☐ Employment Dispute: Other

- ☒ Other: Insurance

**REAL PROPERTY**
- ☐ Ejectment
- ☐ Eminent Domain/Condemnation
- ☐ Ground Rent
- ☐ Landlord/Tenant Dispute
- ☐ Mortgage Foreclosure
- ☐ Partition
- ☐ Quiet Title
- ☐ Other:

**CIVIL APPEALS**
Administrative Agencies
- ☐ Board of Assessment
- ☐ Board of Elections
- ☐ Dept. of Transportation
- ☐ Zoning Board
- ☐ Statutory Appeal: Other

Judicial Appeals
- ☐ MDJ - Landlord/Tenant
- ☐ MDJ - Money Judgment
- ☐ Other:

**MISCELLANEOUS**
- ☐ Common Law/Statutory Arbitration
- ☐ Declaratory Judgment
- ☐ Mandamus
- ☐ Non-Domestic Relations Restraining Order
- ☐ Quo Warranto
- ☐ Replevin

- ☐ Other:

Pa.R.C.P. 205.5

2/2010

# NOTICE

**Pennsylvania Rule of Civil Procedure 205.5. (Cover Sheet) provides, in part:**

**Rule 205.5.    Cover Sheet**

(a)(1)   This rule shall apply to all actions governed by the rules of civil procedure except the following:

      (i)      actions pursuant to the Protection from Abuse Act, Rules 1901 et seq.

      (ii)     actions for support, Rules 1910.1 et seq.

      (iii)    actions for custody, partial custody and visitation of minor children, Rules 1915.1 et seq.

      (iv)    actions for divorce or annulment of marriage, Rules 1920.1 et seq.

      (v)     actions in domestic relations generally, including paternity actions, Rules 1930.1 et seq.

      (vi)    voluntary mediation in custody actions, Rules 1940.1 et seq.

(2)   At the commencement of any action, the party initiating the action shall complete the cover sheet set forth in subdivision (e) and file it with the prothonotary.

(b)   The prothonotary shall not accept a filing commencing an action without a completed cover sheet.

(c)   The prothonotary shall assist a party appearing pro se in the completion of the form.

(d)   A judicial district which has implemented an electronic filing system pursuant to Rule 205.4 and has promulgated those procedures pursuant to Rule 239.9 shall be exempt from the provisions of this rule.

(e)   The Court Administrator of Pennsylvania, in conjunction with the Civil Procedural Rules Committee, shall design and publish the cover sheet.  The latest version of the form shall be published on the website of the Administrative Office of Pennsylvania Courts at www.pacourts.us.

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Sansom Street Partners, LLC

1516 Sansom Street

Philadelphia, PA  19102-2811

(See attached sheet)

Plaintiff(s) Name(s) & Address(es)

VS

Harleysville Worcester Insurance Company

120 Front Street, Suite 400

Worcester, MA  01608 (See attached

Defendant(s) Name(s) & Address(es)

COURT OF COMMON PLEAS
Trial Division

**MARCH 2021**

_____ TERM, 20 21

**001516**

NO._____

## PRAECIPE FOR WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue a Writ of Summons in the above captioned civil action.

Date: 3/16/21

_____
Signature of Attorney or Plaintiff(s)

James C. Haggerty, Esquire

Print Name

1835 Market Street, 27th Floor

Address

Philadelphia, PA  19103

267-350-6609

Phone Number

Case ID: 210301516

Sansom Street Partners, LLC
1516 Sansom Street
Philadelphia, PA  19102-2811

AND

Mission Taqueria
1516 Sansom Street
Philadelphia, PA  19102-2811

AND

Sams Oyster House, LLC
1516 Sansom Street
Philadelphia, PA  19102-2811

v.

Harleysville Worcester Insurance Company
120 Front Street, Suite 400
Worcester, MA  01608

AND

Harleysville Preferred Insurance Company
355 Maple Avenue
Harleysville, PA 19438

AND

Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH  43215-2220

AND

Nationwide Property & Casualty Insurance Company
One Nationwide Plaza
Columbus, OH  43215-2220

Case ID: 210301516

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Sansom Street Partners, LLC (see attached)

*Plaintiff*

vs.

Harleysville Worcester Insurance Company

*Defendant*

⋮

COURT OF COMMON PLEAS

~~MARCH 2021~~ 2021

001516

No._____

To[1]

Harleysville Worcester Insurance Compan

120 Front Street, Suite 400

Worcester, MA  01608

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

Sansom Street Partners, LLC, Mission Taqueria and Sams Oyster House, LLC

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By_____

Date: 3/15/21

210301516
14 APR 2021 09:43 am
M. RUSSO

10-208 (Rev. 6/14

Case ID: 210301516

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Sansom Street Partners, LLC
1516 Sansom Street
Philadelphia, PA  19102-2811

AND

Mission Taqueria
1516 Sansom Street
Philadelphia, PA  19102-2811

AND

Sams Oyster House, LLC
1516 Sansom Street
Philadelphia, PA  19102-2811

v.

Harleysville Worcester Insurance Company
120 Front Street, Suite 400
Worcester, MA  01608

AND

Harleysville Preferred Insurance Company
355 Maple Avenue
Harleysville, PA 19438

AND

Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH  43215-2220

AND

Nationwide Property & Casualty Insurance Company
One Nationwide Plaza
Columbus, OH  43215-2220

Case ID: 210301516

# Court of Common Pleas

_____ Term, 20 21

No. _____

Sansom Street Partners, LLC (see attached)

*Plaintiff*

vs.

Harleysville Worcester Insurance Company

*Defendant*

# SUMMONS

Case ID: 210301516

## IN THE COURT OF COMMON PLEAS
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
## TRIAL DIVISION – CIVIL

*Filed and Attested by the
Office of Judicial Records
23 APR 2021 10:48 am
S. RICE*

| | | |
|---|---|---|
| Sansom Street Partners, LLC, et al | : | March _____ **Term,** _____ 2021 |
| _____ | : | |
| _____ | : | **No.** _____ 1516 _____ |
| Plaintiff(s) | : | |
| Vs. | : | |
| Harleysville Worcester Insurance Company, et al | : | |
| _____ | : | |
| _____ | : | |
| Defendant(s) | : | |

### PRAECIPE TO FILE COMPLAINT

**TO THE OFFICE OF JUDICIAL RECORDS:**

     Please enter a Rule upon Plaintiff to file a Complaint within twenty (20) days hereof or suffer the entry of a Judgment of Non Pros.

_____
Name of Attorney  /William T. Salzer, Esquire
Attorney for Defendants

### RULE TO FILE COMPLAINT

     AND NOW, this _____ day of _____, 2021, a Rule is hereby granted upon Plaintiff to file a Complaint herein within twenty (20) days after service hereof or suffer the entry of Judgment of Non Pros.

_____
Office of Judicial Records

210301516
23 APR 2021 10:48 am
S. RICE

Case ID: 210301516

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
PENNSYLVANIA

Filed and Attested by the
Office of Judicial Records
04 JUN 2021 04:36 pm
S. RICE

|  |  |  |
|---|---|---|
| SANSOM STREET PARTNERS, LLC | : | |
| AND | : | |
| SAMS OYSTER HOUSE, LLC | : | |
| | : | MARCH TERM, 2021 |
| v. | : | |
| | : | No. 001516 |
| HARLEYSVILLE WORCESTER INSURANCE | : | |
| COMPANY AND HARLEYSVILLE | : | |
| PREFERRED INSURANCE COMPANY AND | : | |
| NATIONWIDE MUTUAL INSURANCE | : | |
| COMPANY AND NATIONWIDE PROPERTY | : | |
| & CASUALTY INSURANCE COMPANY | : | |

## NOTICE TO PLEAD

| NOTICE | AVISO |
|---|---|
| You have been sued in court.   If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you.   You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.   You may lose money or property or other rights important to you. | Le han demando a usted en la corte.   Si usted quiere defenderse de estas demandos expuestas en las páginas sigiuentes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.   Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en corte suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.   Usted puede perder diner or sus propiedades u otros derechos importantes para usted. |
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.   IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. | LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE.   SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCIÓN SE ENCUENTRA ESCRITO ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL. |
| PHILADELPHIA BAR ASSOCIATION LAWYER REFERRAL AND INFORMATION SERVICE One Reading Center Philadelphia, Pennsylvania 19107 Telephone: 215-238-1701 | ASOCIACIÓN DE LA LICENCIADOS DE FILADELFIA SERVICIO DE REFERENCIA E INFORMACIÓN LEGAL One Reading Center Filadelfia, Pennsylvania 19107 Teléfono: 215-238-1701 |

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
PENNSYLVANIA

SANSOM STREET PARTNERS, LLC          :
AND                                  :
SAMS OYSTER HOUSE, LLC               :
                                     :   MARCH TERM, 2021
                    v.               :
                                     :   No. 001516
HARLEYSVILLE WORCESTER INSURANCE     :
COMPANY AND HARLEYSVILLE             :
PREFERRED INSURANCE COMPANY AND      :
NATIONWIDE MUTUAL INSURANCE          :
COMPANY AND NATIONWIDE PROPERTY      :
& CASUALTY INSURANCE COMPANY         :

## CIVIL ACTION – COMPLAINT
## <u>SEEKING DECLARATORY RELIEF</u>

### <u>Parties</u>

1.      The plaintiffs, Sansom Street Partners, LLC. and Sams Oyster House, LLC are

limited liability corporations organized and existing under the laws of the Commonwealth of

Pennsylvania, with their principal places of business located at 1516 Sansom Street,

Philadelphia, PA 19102-2811 regularly conducting business in the City and County of

Philadelphia.

2.      The plaintiffs operate the Mission Taqueria and Oyster House restaurants on

Sansom Street in Center City Philadelphia.

3.      The defendants, Harleysville Worcester Insurance Company and Harleysville

Preferred Insurance Company ("Harleysville"), are corporations organized and existing under the

laws of the Commonwealth of Pennsylvania, with its principal place of business at 355 Maple

Avenue, Harleysville, Pennsylvania, 19438, regularly and routinely conducting business in the

City and County of Philadelphia.

1

Case ID: 210301516

4.      The defendants, Nationwide Mutual Insurance Company and Nationwide
Property & Casualty Insurance Company ("Nationwide") are corporations organized and existing
under the laws of the State of Ohio, with their principal place of business located at One
Nationwide Plaza, Columbus, Ohio 43215, being duly authorized to and conducting business in
City and County of Philadelphia.

5.      It is averred, upon information and belief, that Harleysville has been acquired by
the Nationwide such that Nationwide is the successor in interest to Harleysville, thereby
assuming all assets and liabilities of Harleysville.

6.      The defendant, Nationwide, as the successor in interest to the defendant,
Harleysville, is responsible for all insurance coverage obligations of Harleysville under the
policies issued to the plaintiffs.

7.      The present action involves legal coverage issues involving Pennsylvania state
insurance law under policies issued to Pennsylvania entities performing business in Philadelphia,
Pennsylvania; declaratory relief, alone is sought.

**Insurance Coverage**

8.      At all times material hereto, there existed policies of insurance issued by the
defendant, Harleysville, to the plaintiffs providing, *inter alia*, personal property, business income,
extra expense, continuation, civil authority and additional coverages applicable to the losses,
damages, and expenses clamed in this action.  ("Harleysville Policies").

9.      The Harleysville Policies were in effect and provided coverage for the period in
which the losses in question occurred.

10.     The Harleysville Policies are "All Risks" policies which provide coverage for
losses, damages, and expenses to the insured premises unless specifically excluded.

2

Case ID: 210301516

11.     The Harleysville Policies do not exclude the losses, damages, and expenses caused by the COVID-19 Pandemic.

12.     The Harleysville Policies provide coverage for the losses, damages, and expenses incurred the plaintiffs, Sansom Street, Mission and Oyster House, as a result of the COVID-19 pandemic and the actions of the Government in response thereto.

13.     This case involves purely issues of Pennsylvania state law.

14.     The claims of the plaintiffs arise out of the COVID-19 Pandemic and the governmental Orders issued in connection therewith.

### COVID-19 Pandemic

15.     The Center for Disease Control and the World Health Organization has for years warned of the possibility of an airborne virus which could cause a worldwide pandemic.

16.     COVID-19 is a highly contagious airborne virus which has rapidly spread and continues to spread across the United States.

17.     COVID-19 has been declared a pandemic by the World Health Organization.

18.     COVID-19 remains stable and transmittable in aerosols and various surfaces for prolonged periods of time, up to two to three days on some surfaces.

19.     COVID-19 is a public health crisis that has profoundly affected all aspects of society, including the ability of the public to congregate and gather.

20.     The pandemic has been exacerbated by the fact that COVID-19 infects and stays on the surfaces of objects and materials for prolonged periods.

21.     The Center for Disease Control has issued guidance that gatherings of certain people should not occur; since such gatherings increase the danger of contracting COVID-19.

3

Case ID: 210301516

22.     On March 6, 2020, Governor Tom Wolf issued a Proclamation of Disaster Emergency as a result of COVID-19.

23.     On March 19, 2020, Governor Tom Wolf issued an Order requiring all non-life sustaining businesses in the Commonwealth to cease operation and to close all physical locations.

24.     On March 23, 2020, Governor Tom Wolf issued a Stay at Home Order for citizens of various counties including Allegheny County.

25.     On March 23, 2020 the Pennsylvania Department of Health issued a similar Order noting that the "operation of non-life sustaining businesses present the opportunity for unnecessary gatherings, personal contact and interaction that will increase the risk of transmission and the risk of community spread of COVID-19."

26.     On April 1, 2020, Governor Tom Wolf extended the March 23, 2020 Stay at Home Order to the entire Commonwealth of Pennsylvania.

27.     COVID-19, as evidenced by these Orders, causes damage to property, particularly in places of business, such as that of the plaintiffs, Sansom Street, Mission and Oyster House, and other similarly situated persons and organizations, where the operation of the business requires inter-action, gatherings and contact in areas where there exists a heightened risk of contamination by the COVID-19 virus.

**Impact of COVID-19 Pandemic**

28.     As a result of the impact of the COVID-19 pandemic and the referenced Orders of the Governor, the plaintiffs have sustained partial loss of use of its premises, were forced stop all seated and eat-in food service, experienced a dramatic decrease in their business, and have been forced to furlough employees, thereby incurring losses, damages, and expenses.

4

Case ID: 210301516

29.     As a result of the impact of the COVID-19 pandemic and the referenced Orders of the Governor, many similarly situated businesses have been ordered to close, thereby incurring losses, damages, and expenses similar to plaintiffs.

30.     The business of the plaintiffs, like many businesses, operates in "closed environment" where many persons, including employees and customers, cycle in and out thereby creating a risk of contamination to the insured premises.

31.     As a result of the COVID-19 pandemic, the business of the plaintiffs, like other similarly situated businesses, are susceptible to person to person, person to property, and property to person transmittal and contamination.

32.     The COVID-19 pandemic has directly and adversely affected the business operations of the plaintiffs by causing damage to the properties and the risk of further harm to the properties and its occupants.

33.     The plaintiffs sustained direct loss of and damage of their restaurant; as a result, the plaintiffs have suffered Business Income, Civil Authority and other related losses, damages, and expenses which are covered by the Harleysville Policies issued by the defendant, Harleysville, and for which the defendants, Nationwide, are liable.

**Claim for Recovery**

34.     The plaintiffs have made claim upon the defendants for recovery of losses, damages, and expenses caused by the COVID-19 pandemic and the referenced Orders.

35.     The plaintiffs are entitled to a declaration that they are covered under the Harleysville Polices for, *inter alia*, business income, extra expense, contamination, civil authority and other coverages under the Harleysville Policies, for which the defendants, Nationwide, are liable.

5

36.     The defendants, Harleysville and Nationwide, have wrongfully denied the claims of the plaintiffs for recovery of damages caused by the COVID-19 pandemic and referenced Orders.

37.     The plaintiffs are entitled to a declaration that the policies of insurance issued by defendants, Harleysville, for which the defendants, Nationwide, are responsible, provide coverage for the losses, damages, and expenses caused by the COVID-19 pandemic and referenced Orders; no compensatory damages are sought in this matter at this time with such claims being subject to submission and payment following the resolution of the legal coverage issues.

38.     The plaintiffs are entitled to an Order enjoining the defendants, Harleysville and Nationwide,  from denying coverage to them for business income, extra expense, contamination, civil authority and other coverages for losses, damages, and expenses caused by the COVID-19 pandemic and referenced Orders.

## COUNT I
## (Declaratory Relief)

39.     The plaintiffs hereby incorporate by reference the foregoing Paragraphs 1 through 38 of this Complaint as though same were fully set forth herein.

40.     The plaintiffs are entitled to coverage under the Harleysville Policies for the losses, damages, and expenses caused by the COVID-19 pandemic and referenced Orders.

41.     The defendants, Harleysville and Nationwide, have denied and/or refused to acknowledge coverage for the losses, damages, and expenses of the plaintiffs caused by the COVID-19 pandemic and the referenced Orders.

42.     The plaintiffs are entitled to recover for losses, damages, and expenses covered by the COVID-19 pandemic and the referenced Orders under the Harleysville Policies.

6

Case ID: 210301516

43.     The defendants, Harleysville and Nationwide, have wrongfully refused to provide coverage to the plaintiffs under the Harleysville Policies.

44.     The denial and refusal to acknowledge coverage to the plaintiffs under the Harleysville Policies is a material breach of that policy.

45.     The denial and refusal to acknowledge coverage to the plaintiffs under the Harleysville Policies is in direct violation of the specific terms and provisions of the Harleysville Policies.

46.     The plaintiffs are entitled to a declaration they are entitled to coverage from the defendants, Harleysville and Nationwide, for losses, damages, and expenses caused by the COVID-19 pandemic and the referenced Orders.

47.     The controversy poses an issue for judicial determination under the Declaratory Judgment Act.

48.     The controversy involves substantial rights of the parties to the action.

49.     The controversy poses an issue for judicial determination which is not within the scope of authority of any arbitrator or arbitration panel pursuant to the policy of insurance in question.

50.     A judgment of this court in this action will also be useful for the purpose of clarifying and settling the legal relations at issue between the parties.

51.     A judgment of this court will determine, terminate and afford relief from the uncertainty and controversy giving rise to this action.

WHEREFORE, the plaintiffs, Sansom Street, Mission and Oyster House, respectfully requests that the Court enter an Order:

(a)     declaring that the plaintiffs, Sansom Street Partners, LLC and Sams Oyster House, LLC, are entitled to coverage for losses, damages, and expenses caused by the

7

Case ID: 210301516

COVID-19 pandemic and the referenced Orders from the defendants, Harleysville Worcester Insurance Company, Harleysville Preferred Insurance Company, Nationwide Mutual Insurance Company and Nationwide Property & Casualty Insurance Company; and

(b)     such other relief as the court deems appropriate.


Respectfully Submitted:


HAGGERTY, GOLDBERG, SCHLEIFER & KUPERSMITH, P.C.

BY: _____
        JAMES C. HAGGERTY, Esquire
        PA Attorney I.D. # 30003
        1835 Market Street, Suite 2700
        Philadelphia, PA  19103
        (267) 350-6600

SCHMIT KRAMER, P.C.

BY: _____
        SCOTT B. COOPER, Esquire
        PA Attorney I.D. #70242
        209 State Street
        Harrisburg, PA  17101
        (717) 232-6300


JACK GOODRICH & ASSOCIATES

BY: _____
JOHN P. GOODRICH, Esquire
Attorney I.D. #49648
429 Fourth Avenue
Pittsburg, PA  15219
(412) 261-4663

SHUB LAW FIRM

BY:  /s/ Jonathan Shub
JONATHAN SHUB, Esquire
PA Attorney I.D. #53965
134 Kings Highway East, 2nd Floor
Haddonfield, NJ  08033
(856) 772-7200


Attorneys for Plaintiffs


8

Case ID: 210301516

<u>VERIFICATION</u>

I, Samuel Mink, as representative of Sansom Street Partners, LLC, Mission Taqueria and Sams Oyster House, LLC, state that the facts set forth in the Complaint are true and correct to the best of my knowledge, information and belief.  I understand that the statements are made subject to the penalties of 18 Pa.C.S.A. §4904 relating to unsworn falsification to authorities.

DATE: 5/12/21          BY: _____

Samuel Mink, Representing
Sansom Street Partners, LLC, Mission Taqueria and Sams
Oyster House, LLC

11

Case ID: 210301516



**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION – CIVIL**

| | |
|---|---|
| *SANSOM STREET PARTNERS LLC* | *March Term 2021* |
| *VS* | *No. 01516* |
| *HARLEYSVILLE* | |

*CASE MANAGEMENT ORDER*
*STANDARD TRACK*

DOCKETED
TRIAL DIVISION - CIVIL
09-JUN-2021
**B. LAWLOR**

AND NOW, ***Wednesday, June 09, 2021,*** it is Ordered that:

1. The case management and time standards adopted for standard track cases shall be applicable to this case and are hereby incorporated into this Order.

2. All ***discovery*** on the above matter shall be completed not later than ***06-JUN-2022.***

3. ***Plaintiff*** shall identify and submit ***curriculum vitae and expert reports*** of all expert witnesses intended to testify at trial to all other parties not later than ***06-JUN-2022.***

4. ***Defendant and any additional defendants*** shall identify and submit ***curriculum vitae and expert reports*** of all expert witnesses intended to testify at trial not later than ***04-JUL-2022.***

5. All ***pre-trial motions*** shall be filed not later than ***04-JUL-2022.***

6. A ***settlement conference*** may be scheduled at any time after ***04-JUL-2022.*** Prior to the settlement conference all counsel shall serve all opposing counsel and file a settlement memorandum containing the following:

   (a). A concise summary of the nature of the case if plaintiff or of the defense if defendant or additional defendant;

   (b). A statement by the plaintiff or all damages accumulated, including an itemization of injuries and all special damages claimed by categories and amount;

   (c). Defendant shall identify all applicable insurance carriers, together with applicable limits of liability.

7.       A *pre-trial conference* will be scheduled any time after *05-SEP-2022.*  Fifteen days prior to pre-trial conference, all counsel shall serve all opposing counsel and file a pre-trial memorandum containing the following:

    (a).       A concise summary of the nature of the case if plaintiff or the defense if defendant or additional defendant;

    (b).       A list of all witnesses who may be called to testify at trial by name and address. Counsel should expect witnesses not listed to be precluded from testifying at trial;

    (c).       A list of all exhibits the party intends to offer into evidence.  All exhibits shall be pre-numbered and shall be exchanged among counsel prior to the conference. Counsel should expect any exhibit not listed to be precluded at trial;

    (d).       Plaintiff shall list an itemization of injuries or damages sustained together with all special damages claimed by category and amount.  This list shall include as appropriate, computations of all past lost earnings and future lost earning capacity or medical expenses together with any other unliquidated damages claimed; and

    (e).       Defendant shall state its position regarding damages and shall identify all applicable insurance carriers, together with applicable limits of liability;

    (f).       Each counsel shall provide an estimate of the anticipated length of trial.

8.       *It is expected that the case will be ready for trial 03-OCT-2022,* and counsel should anticipate trial to begin expeditiously thereafter.

9.       All counsel are under a continuing obligation and are hereby ordered to serve a copy of this order upon all unrepresented parties and upon all counsel entering an appearance subsequent to the entry of this Order.


                  *BY THE COURT:*



                  _____

                  *DANIEL ANDERS,   J.*
                  *TEAM LEADER*

BPL02820(REV 11/04)

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**TRIAL DIVISION-CIVIL**

SANSOM STREET PARTNERS, LLC,　　　　:　　March Term 2021
And SAMS OYSTER HOUSE, LLC,　　　　　:
　　　　　　　　　　　　Plaintiffs,　　　:　　No. 1516
　　　　　　　　v.　　　　　　　　　　　:
HARLEYSVILLE WORCESTER INSURANCE　:
COMPANY, HARLEYSVILLE PREFERRED　　:
INSURANCE COMPANY, NATIONWIDE　　　:
MUTUAL INSURANCE COMPANY and　　　　:
NATIONWIDE PROPERTY & CASUALTY　　　:
INSURANCE COMPANY,　　　　　　　　　:

**ORDER**
**Case Reassignment**

**AND NOW**, this　10th　day of June 2021, it hereby is **ORDERED** that this case is

reassigned to the Commerce Program for all further proceedings.  A Commerce Program Case

Management Order- Standard Track with a discovery deadline of June 6, 2022 shall issue

forthwith.

　　　　　　　　　　　　　　　　**BY THE COURT,**

　　　　　　　　　　　　　　　　**NINA W. PADILLA, S.J.**
　　　　　　　　　　　　　　　　**Supervising Judge of the**
　　　　　　　　　　　　　　　　**Commerce Program**



**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA OUNTY**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
**CIVIL TRIAL DIVISION**

| | |
|---|---|
| **SANSOM STREET PARTNERS, LLC, ET AL** | **MARCH TERM, 2021** |
| **V.** | **No. 1516** |
| **HARLEYSVILLE WORCESTER INS. CO., ET AL** | |

### *REVISED CASE MANAGEMENT ORDER*

Be advised that the Case Management Order issued for the above-captioned matter has been revised as follows:

1. All discovery shall be completed not later than 06-JUN-2022.

2. Plaintiff shall submit expert reports not later 06-JUN-2022.

3. Defendant shall submit expert reports not later than 0-JUL-2022.

4. All pre-trial motions other than motions in limine shall be filed not later than 18-JUL-2022.

5. A settlement conference will be scheduled any time after 06-SEP-2022.

6. A pre-trial conference will be scheduled any time after 03-OCT-2022.

7. It is expected that this case shall be ready for trial by 07-NOV-2022

All other terms and conditions on the original Case Management Order will remain in full force and effect.

*BY THE COURT:*

_____/S/_____
**LEON W. TUCKER, J.**
**TEAM LEADER**

11-JUN-2021