IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANSOM STREET PARTNERS, LLC, : <br> SAMS OYSTER HOUSE, LLC : <br> v. : <br> : No. 2:21-CV-02772-GAM <br> HARLEYSVILLE WORCESTER INSURANCE : <br> COMPANY AND HARLEYSVILLE : <br> PREFERRED INSURANCE COMPANY AND : <br> NATIONWIDE MUTUAL INSURANCE : <br> COMPANY AND NATIONWIDE PROPERTY : <br> & CASUALTY INSURANCE COMPANY : | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between James C. Haggerty, Esquire (counsel for plaintiffs) and William Salzer, Esquire (counsel for defendants) that the present matter is voluntarily dismissed with prejudice.

SWARTZ CAMPBELL, LLC

BY:  _/s/ Williams Salzer, Esquire_____

DATE:  2/27/23
William Salzer, Esquire
1650 Market Street
One Liberty Place
38th Floor
Philadelphia, PA  19103

HAGGERTY, GOLDBERG, SCHLEIFER
& KUPERSMITH, P.C

DATE:  2/27/23           BY:   _/s/ James Haggerty, Esquire_____
James C. Haggerty, Esquire
1801 Market Street, Suite 1100
Philadelphia, PA 19103

1